IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY D. TRACY, | : | Civil No. 4:25-CV-00692 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Martin C. Carlson recommending that the court vacate the decision of the Commissioner of Social Security and remand this case to conduct a new administrative hearing.  (Doc. 19.)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

1

Carlson's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, the court will adopt the report and recommendation, Doc. 19, vacate the Commissioner of Social Security's decision, remand this matter to the Commissioner to conduct a new administrative hearing, and close this case.  An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: July 13, 2026