# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY D. TRACY, | : | Civil No. 4:25-CV-00692 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 19, is **ADOPTED**.

2) The decision of the Commissioner of Social Security is **VACATED** and this matter is **REMANDED** to the Commissioner to conduct a new hearing consistent with the report and recommendation, Doc. 19.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania